IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE BUSTOS, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-00997-FB |
| vs. | § § § | |
| FLAGSTAR BANK F.S.B., PINGORA LOAN SERVICING, LLC, | § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings pursuant to Western District of Texas Local Rule CV-72 and Appendix C [#11]. On December 24, 2019, the Court received Plaintiff's Notice of Settlement [#24], informing the Court that this case has settled. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint under Fed. R. Civ. P. 12(b)(6) is **DISMISSED AS MOOT**.

**IT IS FURTHER ORDERED** that the parties file a stipulation of dismissal on or before **January 27, 2020**.

SIGNED this 27th day of December, 2019.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE